UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEHEMIAH KONG,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FRESH-G RESTAURANT CORP., a Delaware Corporation; and Does 1-10,<br><br>　　　　Defendants. | Case No.: CV 17-6253-DMG (SKx)<br><br>**ORDER RE DISMISSAL OF ACTION [10]** |

　　　Pursuant to Fed. R. Civ. P. 41 (a)(2), the above-captioned case is hereby ordered dismissed without prejudice, in its entirety.

DATED: September 8, 2017　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE